■ SUSAN MAGGIPINTO et al., Respondents, v CALDOR, INC., Defendant, and NESTLé FOOD COMPANY, Appellant. [669 NYS2d

1017] —Appeal by the defendant Nestlé Food Company from an order of the Supreme Court, Suffolk County (Oshrin, J.), entered December 30, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Oshrin at the Supreme Court. O'Brien, J. P., Thompson, Sullivan and Pizzuto, JJ., concur.